**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

JAMES SMITH, )
)
    Plaintiff, )
)
    v. )
)     Case No. 24-04149-CV-C-BP
AMERICAN DETECTIVE SERVICES, )
INC., *et al.,* )
)
    Defendants. )
)
)
)

**CLERK'S ORDER OF DISMISSAL**

On the 5th day of September 2024, a Notice of Voluntary Dismissal with Prejudice was

filed herein,

IT IS ORDERED that Plaintiff's complaint is hereby **DISMISSED** with prejudice

against Defendants American Detective Services, Inc., and Scottsdale Insurance Company. Each

party to bear their own costs and attorneys' fees.

                AT THE DIRECTION OF THE COURT

                Paige Wymore-Wynn, Clerk of Court
                **/s/ Shauna Murphy-Carr**
                Deputy Clerk


Date:   September 23, 2024